Shayne L. Wulterin, Esq., Bar No. 7565
Eran S. Forster, Esq., Bar No. 11124
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 590-3525 Fax

Attorneys for Defendants,
*Sixt Rent a Car, LLC, and*
*Moshe Chaim Yerushakmi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA MARITZA HIPATIA VELEZ CABEZAS, an individual; | CASE NO.: |
| Plaintiff, | |
| vs. | |
| SIXT RENT A CAR, LLC. (a Foreign Limited Liability Company); MOSHE CHAIM YERUSHALMI, an individual; SHALOM CHAY YERUSHAKMI, an individual; AVRAHAM YERUSHALMI, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive; | **NOTICE OF REMOVAL** |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant MOSHE CHAIM YERUSHALMI notices the removal of this action to the United States District Court, and, in support thereof, states as follows:

1

1. MOSHE CHAIM YERUSHALMI is the defendant in the above-entitled action commenced in the Eighth Judicial District Court of Nevada in and for the county of Clark, Nevada ("Clark County District Court" or "EJDC"), and now pending in that court.
2. Service of summons and complaint upon MOSHE CHAIM YERUSHALMI was made by personal service on July 10, 2023.
3. No further proceedings have been held in this matter in the Clark County District Court.
4. Defendant MOSHE CHAIM YERUSHALMI is and was at the time this action was commenced a resident and citizen of the State of Israel.
5. Co-defendant SHALOM CHAY YERUSHALMI is and was at the time this action was commenced a resident and citizen of the State of Israel.
6. Co-defendant AVRAHAM YERUSHALMI is and was at the time this action was commenced a resident and citizen of the State of Israel.
7. Co-defendant SIXT RENT A CAR, LLC is and was at the time this action was commenced a Foreign Limited Liability Company (Delaware) with managing members located in the State of Florida.
8. Plaintiff alleges she is a resident and citizen of the State of Nevada. There is now and there was at the time of the commencement of this action complete diversity between plaintiff and defendants.
9. The complaint alleges causes of action for negligence, negligence per se, and negligent entrustment. Plaintiff prays for the recovery of general damages in an amount in excess of $15,000.00; special damages in an amount in excess of $15,000.00; the value of the applicable insurance contract; all consequential damages; punitive damages; reasonable attorney fees and costs; and interest.
10. The sum of the damages alleged by plaintiff necessarily exceeds $75,000, exclusive of interest and costs, based on initial medical records from UMC hospital that plaintiff attributes to the May 16, 2023 automobile accident that is the subject of this action. Plaintiff's injuries include a sternal fracture, cervical spine fracture, closed fracture of spinous process of thoracic vertebra, closed traumatic fracture of ribs of the right side with pneumothorax, bilateral clavicular

fractures, right scapula fracture, left acetabular fracture, closed fracture of both femurs, and odontoid fracture with type II morphology. The medical expenses related to plaintiff's injuries are expected to be in excess of $100,000.00. This does not include future medical expenses or special damages. Punitive damages are also alleged.

11. This Court has original jurisdiction over the subject matter of this action under the provisions of Section 1332 of Title 28 of the United States Code in that there is complete diversity between the parties and more than $75,000 in controversy exclusive of interest and costs. Pursuant to Section 1441 of Title 28 of the United States Code, Moshe Chaim Yerushalmi is therefore entitled to remove this action to this Court.

12. Thirty days have not elapsed since defendant was served with the summons and complaint in this action. Copies of the summons and complaint are attached hereto and marked respectively Exhibits A and B, constituting all of the papers and pleadings served on Moshe Chaim Yerushalmi.

13. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the CLARK COUNTY DISTRICT COURT.

Based on the foregoing, MOSHE CHAIM YERUSHALMI removes the above action now pending in the Eighth Judicial District Court of Nevada, in and for the County of Clark, as Case No A-23-873556-C, to this Court.

Dated: August 8, 2023

FORD, WALKER, HAGGERTY & BEHAR

BY: _____
Shayne L. Wulterin, Esq. Bar No. 7565
Kevin R. Lazar, Esq., Bar No. 9610
Eran S. Forster, Esq., Bar No. 11124
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada  89123
(702) 724-2699; (702) 912-1352 Fax
Attorneys for Defendants,
*Sixt Rent a Car, LLC, and*
*Moshe Chaim Yerushakmi*