# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA MARTIZA HIPATIA VELEZ CABEZAS,<br><br>Plaintiff,<br><br>v.<br><br>SIXT RENT A CAR, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-01241-RFB-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Moshe Chaim Yerushalmi's certificate of interested parties fails to identify any party or entity's citizenship attributed to Defendant. *See* Docket No. 2.

Accordingly, Defendant Moshe Chaim Yerushalmi must file an amended certificate of interested parties by August 17, 2023, fully identifying the citizenship of any party or entity attributed to Defendant.

IT IS SO ORDERED.

Dated: August 10, 2023

                                                                                  _____
                                                                                  Nancy J. Koppe
                                                                                  United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1